

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-19-00066-CV

**IN RE ALLIED PROPERTY & CASUALTY INSURANCE COMPANY**,
Appellant

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018-CV-02309
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The Real Parties in Interests' Unopposed Second Motion for Extension of Time to File Their Response to Petition for Writ of Mandamus is hereby GRANTED. The response is deemed filed.

It is so **ORDERED** on March 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court